# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COANN ELAINE MILLER,** | : CIVIL ACTION NO. 1:09-CV-1857 |
| **Appellant** | : (Judge Conner) |
| v. | : |
| **JOHN MALEHORN and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,** | : |
| **Appellees** | : |

## ORDER

AND NOW, this 10th day of December , 2009, upon consideration of the motion to dismiss (Doc. 6), filed by appellee Mortgage Electronic Registration Systems, Inc., and upon further consideration of the orders of court (Docs. 8, 9), dated November 9, 2009 and November 30, 2009, directing appellant to file a brief in opposition to the motion (Doc. 6) to dismiss on or before November 24, 2009, and it appearing that appellees filed a brief in support on October 9, 2009 (see Doc. 7); see L.R. 7.5, and that, as of the date of this order, appellant has not filed a brief in opposition, see L.R. 7.6 (stating that a party must file a brief in opposition within fifteen days of the brief in support or will be "deemed not to oppose such motion"), and it further appearing that appellee requests that the court dismiss the above-captioned appeal as untimely filed, it is hereby ORDERED that:

1. The motion to dismiss (Doc. 6) is DEEMED unopposed.  <u>See</u> L.R. 7.6.

2. The motion to dismiss (Doc. 6) is GRANTED.


  <u>S/ Christopher C. Conner</u>
CHRISTOPHER C. CONNER
United States District Judge
